UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
------------------------------------------------------------------x

VIPSHOP INTERNATIONAL HOLDINGS LIMITED,

                 Plaintiff,

- against -

TRANSPACIFIC TRADE CENTER LLC and
KETTY PON (also known as KITTY PON),

                 Defendants.
------------------------------------------------------------------x

Honorable Virginia M. Kendall
Magistrate Judge Jeffrey Cummings
Case No. 20-cv-02557

## MOTION TO WITHDRAW AS COUNSEL

      **NOW COMES** Kristie M. Blase, counsel for Plaintiff VIPShop International Holdings Limited ("Plaintiff"), and moves to withdraw as counsel for Plaintiff pursuant to LR 83.17 and states as follows in support thereof:

      1.      I originally filed a motion for leave to appear *pro hac vice* on behalf of Plaintiff in the above-captioned action on May 29, 2020. (*See* Dkt. #13.) The Court granted my motion to appear *pro hac vice* on June 1, 2020. (*See* Dkt. #14.)

      2.      Plaintiff is also represented in the above-captioned action by Jeffrey M. Schieber and James Donehoo Wilson of the law firm Taft Stettinius & Hollister LLP, who appeared on behalf of Plaintiff on April 27, 2020, and June 19, 2020, respectively. (*See* Dkt. #2 and #16.)

      3.      Messrs. Schieber and Wilson are members of the Bar of this Court. Plaintiff continues to be represented by Messrs. Schieber and Wilson in the above-captioned action at this time.

4. There are no pending motions and there is no trial date currently set in this matter.

**WHEREFORE**, Kristie M. Blase respectfully requests that the Court enter an order permitting her to withdraw as counsel of record for Plaintiff and grant such other relief as this Court deems just and proper.

Dated: November 17, 2021            Respectfully submitted,

By:     /s/ Kristie M. Blase
        Kristie M. Blase
        CKR Law LLP
        200 Park Avenue #1700
        New York, New York 10017
        T: 212.259.7300
        E: kblase@ckrlaw.com